NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1361

PAUL N. NELSON,

Plaintiff-Appellee,

v.

K2 INC. and K-2 CORPORATION,

Defendants-Appellants.


Philip P. Mann, Mann Law Group, of Seattle, Washington, for plaintiff-appellee. Of counsel on the brief was John E. Whitaker, Whitaker Law Group, of Seattle, Washington.

Lawrence D. Graham, Black Lowe & Graham PLLC, of Seattle, Washington, argued for defendants-appellants. With him on the brief was Douglas A. Grady.

Appealed from: United States District Court for the Western District of Washington

Chief Judge Robert S. Lasnik

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1361

PAUL N. NELSON,

Plaintiff-Appellee,

v.

K2 INC. and K-2 CORPORATION,

Defendants-Appellants.

# Judgment

ON APPEAL from the United States District Court for the Western District of Washington in CASE NO. 07-CV-1660.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, GAJARSA, and PROST, Circuit Judges.)

AFFIRMED.  See Fed. Cir. R. 36

ENTERED BY ORDER OF THE COURT

DATED:     February 5, 2010          /s/ Jan Horbaly
                                     Jan Horbaly, Clerk